UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, formerly known as Century 21 Real Estate Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WATSON DEVELOPMENT CORPORATION, a California corporation; SUNSET REAL ESTATE CORPORATION, a California corporation; and DOUGLAS F. CARTER, an individual,<br><br>Defendants. | CASE NO. 1:09-CV-00227-LJO-TAG<br><br>Judge: Lawrence J. O'Neill<br>Courtroom 6<br><br>**ORDER ON STIPULATION OF THE PARTIES CONCERNING STAY OF PROCEEDINGS TO ENGAGE IN SETTLEMENT DISCUSSIONS** |

Pursuant to the Stipulation of the Parties, and for good cause shown, this action is stayed for 60 days, to expire on the 60th day after the entry of this Order. Further, the Scheduling Conference, currently set for May 6, 2009, is continued to July 16, 2009 at 9:00am in this Courtroom.

IT IS SO ORDERED:

DATED: March 16, 2009   \_/s/ Lawrence J. O'Neill_____
                        THE HONORABLE LAWRENCE J. O'NEILL
                        U.S. DISTRICT COURT

RLGY/1050348/6373373v.1