1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, formerly known as Century 21 Real Estate Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WATSON DEVELOPMENT CORPORATION, a California corporation; SUNSET REAL ESTATE CORPORATION, a California corporation; and DOUGLAS F. CARTER, an individual,<br><br>　　　　　　Defendants. | CASE NO. 1:09-CV-00227-LJO-BAK-GSA<br><br>Judge: Lawrence J. O'Neill<br>Courtroom 6<br><br>**ORDER ON STIPULATION OF THE PARTIES TO EXTEND STAY OF PROCEEDINGS TO FINALIZE SETTLEMENT** |

　　Pursuant to the Stipulation of the Parties, and for good cause shown, this action is stayed up to and including July 15, 2009.  Further, the Initial Scheduling Conference, currently set for July 15, 2009, is continued to Thursday, August 20, 2009 at 9:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

　　IT IS SO ORDERED:

DATED: June 2, 2009　　　　/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　THE HONORABLE LAWRENCE J. O'NEILL
　　　　　　　　　　　　　U.S. DISTRICT COURT