# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, formerly known as Century 21 Real Estate Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WATSON DEVELOPMENT CORPORATION, a California corporation; SUNSET REAL ESTATE CORPORATION, a California corporation; and DOUGLAS F. CARTER, an individual,<br><br>Defendants. | CASE NO. 1:09-CV-00227-LJO-BAK-GSA<br><br>**ORDER ON STIPULATION OF THE PARTIES TO CONTINUE THE SCHEDULING CONFERENCE** |

Pursuant to the Stipulation of the Parties, and for good cause shown, the Scheduling Conference set for October 15, 2009 is hereby continued to November 12, 2009 at 9:30 a.m. in Courtroom 10 before the Honorable Gary S. Austin.

IT IS SO ORDERED:

DATED:  October 9, 2009         SIGNED:    /s/ Gary S. Austin
                                United States Magistrate Judge

- 1 -

ORDER ON STIPULATION OF THE PARTIES TO CONTINUE THE SCHEDULING CONFERENCE