UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, formerly known as Century 21 Real Estate Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>WATSON DEVELOPMENT CORPORATION, a California corporation; SUNSET REAL ESTATE CORPORATION, a California corporation; and DOUGLAS F. CARTER, an individual,<br><br>            Defendants. | CASE NO. 1:09-CV-00227-LJO-BAK-GSA<br><br>Judge: Lawrence J. O'Neill<br>Courtroom: 6<br><br>Complaint Filed: 2/4/2009<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

The parties, having stipulated, to a dismissal without prejudice and each side to bear their own attorney's fees and costs, this matter is hereby dismissed without prejudice.

DATED: November 12 , 2009           /s/ Lawrence J. O'Neill
                                                      Honorable Lawrence J. O'Neill
                                                      U.S. District Court